| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)*  _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   **Freight Master Trans LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)   **27-5133422**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **850 Elmhurst Road, Ste. 102** <br> **Elk Grove Village, IL 60007** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Freight Master Trans LLC** _____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **4213**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor **Freight Master Trans LLC**
    Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency  _____
        Contact name  _____
        Phone  _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Freight Master Trans LLC** _____ Case number (*if known*)_____
    Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Freight Master Trans LLC**      Case number (*if known*) _____
    Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 25, 2023**
                MM / DD / YYYY

X **/s/ Spasoje Vrhovac**             **Spasoje Vrhovac**
Signature of authorized representative of debtor     Printed name

Title    **Managing Member**

**18. Signature of attorney**

X **/s/ Saulius Modestas**        Date **October 25, 2023**
Signature of attorney for debtor              MM / DD / YYYY

**Saulius Modestas 6278054**
Printed name

**Modestas Law Offices, P.C.**
Firm name

**401 S. Frontage Rd.**
**Ste. C**
**Burr Ridge, IL 60527-7115**
Number, Street, City, State & ZIP Code

Contact phone **312-251-4460**     Email address **smodestas@modestaslaw.com**

**6278054 IL**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Freight Master Trans LLC**
Debtor(s)

Case No.
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                              $      **10,000.00**
   Prior to the filing of this statement I have received              $      **10,000.00**
   Balance Due                                                                             $              **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **See attached retainer agreement**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **See attached retainer agreement**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 25, 2023**
*Date*

**/s/ Saulius Modestas**
**Saulius Modestas 6278054**
*Signature of Attorney*
**Modestas Law Offices, P.C.**
**401 S. Frontage Rd.**
**Ste. C**
**Burr Ridge, IL 60527-7115**
**312-251-4460  Fax: 312-277-2586**
**smodestas@modestaslaw.com**
*Name of law firm*

## CONTRACT FOR LEGAL SERVICES

The undersigned (hereinafter referred to as "client") hereby enters into this contract for legal services with the law firm of Modestas Law Offices, P.C. and attorney Saulius Modestas (hereinafter referred to as "attorney") and hereby agrees as follows:

1. The law firm of Modestas Law Offices, P.C. and attorney Saulius Modestas has been retained by client to perform legal services in connection with a Chapter 11 Bankruptcy.

2. Client agrees to pay for such services in the amount of **$525.00** per hour plus court costs and expenses (including, but not limited to copy charges, postage/mail service fees) and such additional fees and expenses as may be agreed upon hereafter. Such agreed upon fees are for services related to the preparation and filing of a Chapter 11 proceeding and all legal services necessary during the pendency of the Chapter 11 plan, including, but not limited to preparation of the petition, schedules, statement of affairs and Chapter 11 plan and attendance at the meeting of creditors and amendments to schedules, plan, petition, or statement of affairs, motions or objections presented by creditors, trustee and confirmation of plan.

3. As of the date of this contract, client has paid **$10,000.00** in attorney fees which amount shall be <u>deemed earned when paid</u> (hereinafter referred to as "Retainer") and has also advanced **$1,738.00** for the court filing fee. Client further agrees that any additional fees earned over such Retainer, if any, plus any additional fees shall be paid as a priority administrative claim and shall be paid by Client after appropriate application of attorney and approval of the court. In the event of dismissal of such Chapter 11 proceeding or conversion of such Chapter 11 proceeding or any other Chapter proceeding in bankruptcy, all fees, costs or expenses unpaid at such time or at any time thereafter shall be due and payable upon demand unless otherwise agreed in writing.

4. Client agrees to inform attorney of any difficulties client may have in complying with the contract and that this contract may be altered, changed or amended only by mutual agreement and approval by attorney in writing.

5. Client may terminate employment of attorney at any time but such termination will not alter any rights or duties of Client under this contract and such termination does not reduce the amount owed to attorney except by agreement in writing.

6. Client understands that any default under paragraph 2, 3 or 4 above may result in withdrawal by attorney but such withdrawal does not reduce the amount owing to attorney except by agreement in writing.

7. Client agrees that Client is responsible for all costs of collection, including all court costs and reasonable attorney's fees incurred by attorney in the collection of any sums due hereunder.

8. Client understands that from time to time another attorney from Modestas Law Offices, P.C. or Saulius Modestas may be not be able to appear in court or other proceedings on client's behalf and hereby agrees that another attorney may be designated by attorney to substitute for attorney at such court or other hearing.

9. To the extent that this contract is signed below by more than one individual then "Client" as used herein shall mean both the singular and plural of such terms and both individuals agree that they are jointly and severally liable for all obligations, including, but not limited to all sums due from Client provided herein. And any corporate officer signing below personally guarantees payment of any fees, costs and expenses incurred by the corporation pursuant to this agreement.

The undersigned has voluntarily entered into this contract and by the undersigned's signature(s) below agree to all the obligations rights and duties herein.

Dated this 21st day of October, 2023

Agreed and signed

Freight Master Trans LLC

*[signature]*

Spasoje Vrhovac

Modestas Law Offices, P.C./Saulius Modestas

*[signature]*

Saulius Modestas, Attorney

Saulius Modestas
Modestas Law Offices, P.C.
401 S. Frontage Road, Ste. C
Burr Ridge, IL 60527
312-251-4460
smodestas@modestaslaw.com
ARDC #6278054

# United States Bankruptcy Court
## Northern District of Illinois

In re **Freight Master Trans LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Spasoje Vrhovac**<br>**5353 N. Melvina Ave.**<br>**Chicago, IL 60630** | | | **100% Owner of LLC** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 25, 2023**    Signature **/s/ Spasoje Vrhovac**
**Spasoje Vrhovac**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Northern District of Illinois

In re: **Freight Master Trans LLC**  
Debtor(s)

Case No.  
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **26**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **October 25, 2023**

**/s/ Spasoje Vrhovac**  
**Spasoje Vrhovac**/**Managing Member**  
Signer/Title

American Express
PO Box 6031
Carol Stream, IL 60197

Amur Equipment Finance LLC
PO Box 202136
Florence, SC 29502

Banterra
PO Box 310
Marion, IL 62959

BMO Bank
PO Box 6201
Carol Stream, IL 60197

Breakout Capital
1451 Dolley Blvd
Ste 200
Mc Lean, VA 22101

Bridgestone/Corcentric
62861 Collections Ctr Dr
Chicago, IL 60693

Chase

Citi/Costco
Po Box 6241
Sioux Falls, SD 57117

Continental Bank
15 W. South Temple
Ste. 300
Salt Lake City, UT 84101

First Business Bank
First Financial
401 Charmany Drive
Madison, WI 53719

Funding Circle
PO Box 206536
Dallas, TX 75320

```
Huntington Bank
11000 Wayzata Blvd, Ste. 700
Minnetonka, MN 55305


Libertyville Bank and Trust
901 W Higgins Road, Ste 400
Des Plaines, IL 60018


Mercedes Benz Fin Services
PO Box 5209
Carol Stream, IL 60197


Midland Equipment Finance
PO Box 24245
Seattle, WA 98124


On Deck
901 N. Stuart St., Ste. 700
Arlington, VA 22203


On Deck
4700 Daybreak Pkwy
Ste 200
South Jordan, UT 84009


Pnc Bank
Po Box 747032
Pittsburgh, PA 15274


Pnc Bank
Po Box 71335
Philadelphia, PA 19176


PNC Equiment Finance, LLC
PO Box 931034
Cleveland, OH 44193


Small Business Administration
332 S. Michigan Ave.
Ste. 600
Chicago, IL 60604


Small Business Administration
PO Box 3918
Portland, OR 97208
```

```
Sumitomo Mitsui Finance
666 Third Avenue
New York, NY 10017


TAB Bank
4185 Harrison Blvd
Ogden, UT 84403


Volvo Financial Services
7025 Albert Pick Road, Ste. 105
PO Box 26131
Greensboro, NC 27402


Wallwork Financial
401 38th St SW
PO Box 628
Fargo, ND 58107
```

# United States Bankruptcy Court
## Northern District of Illinois

In re **Freight Master Trans LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Freight Master Trans LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 25, 2023**  
Date

**/s/ Saulius Modestas**  
**Saulius Modestas 6278054**  
Signature of Attorney or Litigant  
Counsel for **Freight Master Trans LLC**  
**Modestas Law Offices, P.C.**  
**401 S. Frontage Rd.**  
**Ste. C**  
**Burr Ridge, IL 60527-7115**  
**312-251-4460 Fax:312-277-2586**  
**smodestas@modestaslaw.com**